UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

VICTOR ALFONZO GREGORIO
GOYO MARTINEZ,

    Petitioner,

v.

MARCELLO VILLEGAS, et al.,

    Respondents.

No. 1:25-CV-256-H

## **JUDGMENT**

For the reasons stated in the Court's Order (Dkt. No. 10), it is ordered, adjudged, and decreed that the petition for a writ of habeas corpus (Dkt. No. 1) is denied with prejudice.

The Clerk of the Court is directed to close the case.

So ordered on January 15, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE